# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable STEPHAN M. VIDMAR

CRIMINAL CLERK'S MINUTES at Las Cruces

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | **20-1333 MJ** | Date: | **8/28/20** | Recording Information: | **LCR-SIERRA BLANCA** |
| Clerk: | **REBECCA HELMICK** | Type of Hearing: | **DETENTION** | | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **MUNDO CHARLES BARELA** | **DANIEL RUBIN** | ☒ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

| | | | |
|---|---|---|---|
| Assistant U.S. Attorney: | **AARON JORDAN** | Interpreter: | **N/A** |
| Pretrial Officer: | **MONICA HOYLE** | Court in Session: | **9:01-9:15 A.M.   14 MIN** |

- ☐ Agent sworn in open Court
- ☐ Court questions Defendant regarding his/her physical and mental condition, age, education
- ☒ Court advises Defendant(s) of possible penalties and all constitutional rights
- ☐ ORAL Motion for Detention Hearing by Government
- ☐ Court grants ☐ Government's ☐ Defense counsel's oral motion to continue detention hearing
- ☐ Waiver of preliminary hearing & right to grand jury presentment filed in open court
- ☐ Defendant admitted violation; Matter referred to the District Judge For a Disposition Hearing
- ☐ Set for change of plea on 7/23/2019 at 9:30 A.M.

- ☒ Defendant detained as a danger to the community
- ☐ Conditions of Release continued on Page 2

- ☒ Other:  DEFENSE COUNSEL ASKS FOR RELEASE-CLEARLY A CASE OF SELF-DEFENSE, DEFENDANT HAS NO PREVIOUS CONVICTIONS; WARRANT IS FOR A TRAFFIC VIOLATION THAT JUST NEEDS TO BE PAID; DEFENDANT IS NOT A FLIGHT RISK; ELECTRONIC MONITORING OR CURFEW COULD BE IN PLACE;
GOVERNMENT ASKS FOR DETENTION, DEFENDANT IS FACING SENTENCE UP TO LIFE; WEIGHT OF EVIDENCE IS STRONG-TAPED CONFESSION AND EYE-WITNESS TESTIMONY;
(Continued on Page 2)

DANGER TO THE COMMUNITY IS IMPORTANT IN THIS CASE AS TO DEFENDANT AND VICTIMS/FAMILY IN COMMUNITY; VICTIMS ARE VERY INVOLVED IN THIS CASE; VICTIM'S DAUGHTER SPEAKS IN SUPPORT OF DETENTION OF DEFENDANT;

DEFENSE COUNSEL STATES THAT DEFENDANT WILL BE RELEASED TO RESIDENCE OFF OF THE RESERVATION

**COURT STATES THAT GOVERNMENT HAS MET ITS BURDEN - NATURE OF OFFENSE AND WEIGHT OF EVIDENCE AND PRIOR HISTORY- THERE IS CLEAR AND CONVINCING EVIDENCE THAT DEFENDANT PRESENTS A DANGER TO THE COMMUNITY**