FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

21 JAN -6 PM 3: 45

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 21CR14-VJ-1 |
| vs. | ) 18 U.S.C. §§ 1152 and 1112(a): |
| | ) Voluntary Manslaughter |
| **MUNDO CHARLES BARELA,** | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

On or about July 20, 2020, in Otero County, in the District of New Mexico, within the exterior boundaries of the Mescalero Apache Indian Reservation, the defendant, **MUNDO CHARLES BARELA**, upon a sudden quarrel and heat of passion, therefore without malice, unlawfully killed John Doe, an Indian.

In violation of 18 U.S.C. §§ 1152 and 1112(a).

FRED J. FEDERICI
Acting United States Attorney

*/s/ Aaron Camacho for*
AARON O. JORDAN
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304