# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 21-14 VJ-1 | UNITED STATES vs. BARELA |
|---|---|

### Before The Honorable Gregory B. Wormuth, United States Magistrate Judge

| Hearing Date: | JANUARY 6, 2021 | Time In and Out: | 1:33-1:39 P.M./1:39-2:00 P.M. (23 MIN) | | |
|---|---|---|---|---|---|
| Clerk: | KRISTIN SOLIS | Digital Recording: | LCR-SIERRA BLANCA | | |
| Defendant: | MUNDO CHARLES BARELA | Defendant's Counsel: | DANIEL RUBIN | | |
| AUSA: | AARON JORDAN | Interpreter: | N/A | ☐ | Sworn |
| | | | | ☐ | Waived |

| | | | |
|---|---|---|---|
| ☒ | Defendant Sworn | ☐ First Appearance | |
| ☒ | Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect. | | |
| ☒ | Deft acknowledges receipt of:    **Information** | | |
| ☒ | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. | | |
| ☒ | Terms and conditions of proposed plea agreement explained. | ☒ Defendant indicates understanding of its terms. | |
| ☒ | Factual predicate to sustain the plea provided. | | |
| ☒ | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea. | | |
| ☒ | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). | | |
| ☒ | Deft questioned re time to consult with attorney and if satisfied with his or her representation. | | |
| ☒ | Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges). | | |
| ☒ | Deft pleads GUILTY to:   **Information** | | |
| ☒ | Allocution by Deft on elements of charge(s). | | |
| ☒ | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. | | |
| ☒ | Deft adjudged guilty. | | |
| ☒ | Acceptance of plea agreement deferred until final disposition hearing by district judge. | | |
| ☒ | Sentencing Date: **to be notified** | | |
| ☒ | Defendant to Remain in Custody | | |
| ☐ | Present conditions of release continued | ☐ Conditions changed to: | |
| ☒ | Presentence Report Ordered | ☐ Expedited (Type III) | |
| | Other Matters: **\*ALL PARTIES APPEARED VIA ZOOM (INCLUDING VICTIM'S FAMILY).** **BASED ON THE REPRESENTATIONS OF DEFENSE COUNSEL, ITS INDEPENDENT REVIEW, AND IN ADDITION TO THE FINDINGS MADE ON THE RECORD, THE COURT FINDS THAT THE PLEA IN THIS CASE CANNOT BE FURTHER DELAYED WITHOUT SERIOUS HARM TO THE INTERESTS OF JUSTICE. THE COURT FURTHER FINDS THAT THE REMAINING PREREQUISITES FOR A REMOTE APPEARANCE PURSUANT TO SECTION 15002(b) OF THE CARES ACT HAVE BEEN SATISFIED.** | | |