# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## ZOOM SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | **21-14 KWR** | USA vs.: | **BARELA** |
| Date: | **06/08/2021** | Name of Deft: | **MUNDO CHARLES BARELA** |
| | Before the Honorable: | **KEA W. RIGGS, UNITED STATES DISTRICT JUDGE** | |
| Time In/Out: | **2:40 PM – 3:45 PM** | Total Time in Court (for JS10): | **65 MINUTES** |
| Clerk: | **JOANN O. STANDRIDGE** | Court Reporter: | **LCR TORTUGAS - REMOTE** |
| AUSA: | **AARON JORDAN** | Defendant's Counsel: | **DANIEL RUBIN** |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **N/A** |
| Probation Officer: | **CHARLES JUARROS** | Sworn? | Yes / No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | **X** | Plea | | Verdict | As to: | **X** Information | Indictment |
| If Plea: | **X** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | **X** | Accepted | | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | **01/06/2021** | | | | PSR: | **X** Not Disputed | Disputed |
| PSR: | **X** | Court Adopts PSR Findings | | | Evidentiary Hearing: | **X** Not Needed | Needed |
| Exceptions to PSR: | | | | | | | |

## SENTENCE IMPOSED

| | | | |
|---|---|---|---|
| | | Imprisonment (BOP): | **108 MONTHS** |
| Supervised Release: | **3 YEARS** | Probation: | |
| **X** 500-Hour Drug Program | | BOP Sex Offender Program | OTHER: |
| Court recommends ICE begin removal proceedings immediately or during service of sentence | | | **X** ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| **X** | Participate in/successfully complete subst abuse program / testing (up to 60 tests per year) | | Reside halfway house: (up to) 6 months |
| **X** | Refrain from use/possession of alcohol / testing (up to 4 tests per day) | **X** | Participate in / successfully complete a community-bases program providing education / training in anger management |
| **X** | Submit to search of person/property | | Possess no sexual material |
| **X** | Grant limited waiver of confidentiality (subst abuse) | | Restricted from occupation with access to children |
| **X** | Participate in an educational or vocational program | | No loitering within 100 feet of school yards |
| **X** | Refrain from the use and possession of synthetic cannabinoids or other legally sold designer drugs | | Must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia. |
| | OTHER: | | |

| | | | |
|---|---|---|---|
| Fine: $ | | Restitution: $ | **4,610.00*** |
| SPA: $ | **100.00** ($100 as to each Count) | Payment Schedule: | **X** Due Imm. / Waived |
| OTHER: | ***Pursuant to the Mandatory Victim Restitution Act, it is further ordered that the deft will make restitution to Jocelynn Mancito in the amount of $2,160.00; the deft will make restitution to Joy Mancito in the amount of $2,440.00; and the deft will make restitution to Kerwin Lester in the amount of $10.00, for a total amount of $4,610.00. Restitution shall be submitted to the Clerk of the Court, Attn: Intake, 333 Lomas Blvd., NW, Ste 270, Albuquerque, NM 87102, to then be forwarded to the victim(s). The restitution will be paid in monthly payment of not less than $130.00, and shall be paid in full by the termination of his supervision.** | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | **FCI LA TUNA, ANTHONY, NM/TX (IF ELIGIBLE)** | |
| | Dismissed Counts: | | |
| OTHER COMMENTS: | | | |